Thomas Spielbauer, Esq.
SBN 78281
THE SPIELBAUER LAW OFFICE
1400 Coleman Avenue, Suite B23
Santa Clara, CA 95050
(408)213-7440
Fax: (610)423-1395
thomas@spielbauer.com
thomas.spielbauer@aol.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUHAILA FARHAT,<br><br>        Plaintiff.<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.;<br><br>        Defendants. | District Court case No.<br>18-cv-02273-HSG<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** ; ORDER |

Thomas Spielbauer, an interested person, requests that notice of all matters in this case be electronically provided to him and that he be included in the electronic notification matrix of this case. He provides the following email addresses for this purpose: **thomas@spielbauer.com** and **thomas@ecf.courtdrive.com**.

Dated: December 22, 2018

        Respectfully Submitted
        THE SPIELBAUER LAW OFFICE

        */s/ Thomas J. Spielbauer*

        by Thomas Spielbauer, Esq.

DATED: 12/26/2018

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

[UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]